UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PORTIA MCCOLLUM, Derivatively
on Behalf of Nominal Defendant
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Plaintiff,

v.

Case No.: 3:24-cv-1090-BJD-MCR

GARY A. NORCROSS, et al.,

    Defendants.

and

FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Nominal Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal of Claims Against Defendants Mark Benjamin, Mark J. Hawkins and Mark A. Ernst Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 10; Notice) filed on October 24, 2024. See Notice at 1. Upon review of the docket, the Court notes that Defendants Benjamin, Hawkins and Ernst have neither served an answer nor a motion for summary judgment.

Accordingly, it is hereby

- 2 -

**ORDERED**:

1. Plaintiff's case as to Defendants Mark Benjamin, Mark J. Hawkins and Mark A. Ernst is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate Mark Benjamin, Mark J. Hawkins and Mark A. Ernst from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 5th day of November, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*